**Electronically Filed
Supreme Court
SCWC-19-0000540
13-APR-2021
01:24 PM
Dkt. 13 ODAC**

SCWC-19-0000540

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MARK CHAR,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000540; CR. NO. 1PC161001291)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Cahill, in place of Eddins, J., recused)

Petitioner/Defendant-Appellant Mark Char's application
for writ of certiorari filed on February 28, 2021, is hereby
rejected.

DATED: Honolulu, Hawaiʻi, April 13, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Peter T. Cahill

